PTC Held
2-13-04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Pretrial Conference Calendar

Honorable Alan H. Nevas, U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Courtroom #3

February 13, 2004

10:45 a.m.

CASE NO. **3:01cv1681 (AHN)**     Pagogna v Hancock

John R. Williams
Williams & Pattis
51 Elm St., Ste. 409
New Haven, CT 06510

Paul J. Dorsi
Donahue & Votto, PC
415 Main St.
West Haven, CT 06516

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

Any request for postponement should be addressed to Alice Montz at 203 579-5952

- parties referred to HBF for settlement
- if settlement not possible, plain Attn asked parties to consent to trial by HBF [π's lawyer has to check with π, but Δ willing.]