UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Edward V. Pagogna | : | 3:01cv1681 (AHN) |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| Officer Hancock, | : | |
|     Defendant. | : | |

### REFERRAL TO MAGISTRATE JUDGE

The captioned is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

\_\_\_ All purposes including trial upon written request by all parties (orefcs.)

\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_ To supervise discovery and resolve discovery disputes. (orefmisc./dscv)

\_\_\_ A ruling on the following pending motions:

XXX A settlement conference   (orefmisc/cnf)

\_\_\_ A scheduling conference   (orefmisc/cnf)

\_\_\_ Other: Status Conference (orefmisc./misc)

SO ORDERED.

                                    Alan H. Nevas,
                                    Senior U.S. District Judge

Dated this 13th day of February, 2004, at Bridgeport, Connecticut.