UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 SEP -3 A 11: 10

U.S. DISTRICT COURT
BRIDGEPORT CONN

Edward Pagogna

v.   Civ.No. 3:01cv1681 (AHN)

Officer Hancock

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, United States Code, Section 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

| Signature | Party Represented | Date |
|---|---|---|
| [signature] | Plaintiff | 8/6/04 |
| [signature] | Defendant | 8/13/04 |
| | | |
| | | |

**SIGN THIS FORM AND FORWARD IT TO OTHER COUNSEL. WHEN ALL COUNSEL HAVE SIGNED THE FORM, RETURN IT TO THE CLERK OF THE COURT. DO NOT SEND A COPY OF THIS FORM TO ANY DISTRICT JUDGE OR MAGISTRATE JUDGE.**

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable Holly B. Fitzsimmons United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

_9/2/04_
Date

_____
United States District Judge