UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD V. PAGOGNA | : | |
| VS. | : | NO. 3:01CV1681(HBF) |
| OFFICER HANCOCK (Badge #138) | : | AUGUST 25, 2005 |

# **A P P E A R A N C E**

To the Clerk of this court and all parties of record:

    Enter my appearance as additional counsel in this case for the plaintiff, EDWARD V. PAGOGNA.

                                                  _____
                                                  Katrena Engstrom
                                                  John R. Williams and Associates, LLC
                                                  51 Elm Street, Suite 409
                                                  New Haven, CT 06510
                                                  (203) 562-9931
                                                  FAX: (203) 776-9494
                                                  Federal Bar No. ct09444

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Paul J. Dorsi, Esq., Assistant Corporation Counsel, 415 Main Street, West Haven, CT 06516.

_____
KATRENA ENGSTROM