UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD V. PAGOGNA | : | |
| VS. | : | NO. 3:01CV1681(HBF) |
| OFFICER HANCOCK (Badge #138) | : | AUGUST 25, 2004 |

## STIPULATION OF DISMISSAL

The parties have agreed to a voluntary dismissal of the above referenced matter with prejudice and without costs to either party.

THE PLAINTIFF

BY:_____
KATRENA ENGSTROM (ct09444)
51 Elm Street
New Haven, CT 06510
203/562-9931
FAX: 203/776-9494
E-Mail: kengstrom@johnrwilliams.com

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Paul J. Dorsi, Esq., Assistant Corporation Counsel, 415 Main Street, West Haven, CT 06516.

_____
KATRENA ENGSTROM